UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CLAIRESA CLAY,

               Plaintiff,

   - against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, FRED WALSH in his
individual capacity, CAROLINE GARRETT
in her individual capacity, and LAURA
HARRITON in her individual capacity,

               Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2010 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION

08 CV 150 (SJ) (VVP)

MEMORANDUM
AND ORDER

APPEARANCES:

LAW OFFICES OF AMBROSE WOTORSON
26 Court Street
Suite 1811
Brooklyn, NY 11242-1118
By:   Ambrose W. Wotorson, Jr., Esq.
Attorneys for Plaintiff

CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, NY 10007
By:   Cindy E. Switzer

OFFICE OF THE CORPORATION COUNSEL
City of New York
100 Church Street
New York, NY 10007
By:   Robert James Anderson
Attorneys for Defendants

JOHNSON, Senior District Judge:

- 1 -

P-049

On December 2, 2009, the parties appeared before this court for a pre-motion conference. During the pre-motion conference, Defendants New York City Department of Education, Fred Walsh, Caroline Garrett, and Laura Harriton requested leave to file a motion for summary judgment, which was granted. The Court set a briefing schedule, with Defendants' motion due by February 5, 2010. Subsequent to the pre-motion conference, Defendants were granted two extensions to file their motion---on February 8, 2010, and March 1, 2010.

On June 3, 2010, the parties appeared for a status conference before this Court. Despite the extensions granted on February 8, 2010, and March 1, 2010, Defendants had failed to file their summary judgment motion by the date of the status conference. Accordingly, Defendants' request to file a motion for summary judgment, opposed by Plaintiff, was denied. This Court set a trial date of November 1, 2010 and ordered the parties to file a pre-trial order by June 17, 2010. As of the date of the present Order, no pre-trial order has been filed with this Court.

The Court reminds counsel that the trial date remains firm and will NOT be adjourned absent the most extraordinary and exigent circumstances possible. Accordingly, to prevent further unreasonable delay, the Court HEREBY

ORDERS the parties to file a pre-trial order and any pre-trial motions in accordance with this Court's Individual Rules no later than October 21, 2010; and

P-049

ORDERS the parties to submit jury charges in accordance with this Court's Individual Rules no later than October 26, 2010.

**SO ORDERED.**

/s/(SJ)

DATED: October 13, 2010
Brooklyn, New York

Sterling Johnson, Jr., Senior U.S.D.J.

- 3 -